894

No. 545. Wood et al. v. Employer's Liability Assurance Corp., Ltd. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Earl B. Barnes* for petitioners. *Messrs. John Rynerson* and *Donald P. Shinn* for respondent.

No. 548. Chicago, Rock Island & Pacific Ry. Co. v. Calloway, Administratrix. January 5, 1931. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. M. L. Bell, W. F. Dickinson, Thos. P. Littlepage*, and *W. R. Bleakmore* for petitioner. *Messrs. W. A. Ledbetter, H. L. Stuart*, and *R. R. Bell* for respondent.

No. 550. Wilkerson v. United States. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry C. Hendrickson* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Harry S. Ridgely*, and *W. Marvin Smith* for the United States.

No. 557. National Surety Co. v. Holtzman, Collector of Customs. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Homer L. Loomis* for petitioner. *Solicitor General Thacher* and *Messrs. Frank M. Parrish* and *Paul D. Miller* for respondent.

No. 558. National Surety Co. v. Holtzman, Collector of Customs. January 5, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the